IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD HARRIS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-0496-MEF |
| | ) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

On May 14, 2007, the Magistrate Judge filed a Recommendation (Doc. # 34) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 34) is ADOPTED.

2. The defendants' motion for summary judgment (Doc. #7) is GRANTED and this case is DISMISSED with prejudice.

3. The costs of this proceeding are TAXED against the plaintiff for which execution may issue.

DONE this 8th day of June, 2007.

                                         /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE